IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CR-00028-F-1
No. 7:13-CV-00213-F

| | | |
|---|---|---|
| TIMOTHY GAINEY, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter is before the court on Timothy Gainey's Motion to Withdraw § 2255 Petition [DE-74]. In his motion, Gainey asserts that he wishes to withdraw his § 2255 motion, which is presently pending before this court.

In light of the foregoing, Gainey's Motion to Withdraw § 2255 Petition [DE-74] is ALLOWED, and Gainey's § 2255 motion [DE-45] is DISMISSED as withdrawn. Also, the Government's Motion to Dismiss [DE-57] is DISMISSED as moot.

SO ORDERED.

This the *20* day of September, 2016.

James C. Fox
Senior United States District Judge